| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [illegible] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Brenda Medrano  C. Date of Delivery 4/5/14<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

Brenda H. Medrano
1810 South Miami Ave.
Marshall, MO. 65340

13cv989 -DW #13

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7013 1710 0000 5617 7381

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540